**Opinion issued November 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00690-CV

—————————————

**TIMOTHY REED, Appellant**

**V.**

**JOHN SIDNEY ADCOCK, Appellee**

On Appeal from the Probate Court No. 3
Harris County, Texas
Trial Court Case No. 514,242

## MEMORANDUM OPINION

Appellant filed an unopposed motion to dismiss this appeal because the parties have settled their differences. Appellant asks that we dismiss the appeal and tax costs against the party incurring them. *See* TEX. R. APP. P. 42.1(a).

We grant the motion and order the appeal dismissed. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.